156 So.2d 601

Lynn KILPATRICK

v.

STATE of Louisiana, through the DEPART-
MENT OF HIGHWAYS.

No. 46884.

Oct. 9, 1963.

156 So.2d 601

Ronald A. PATTERSON, d/b/a A & P
Truck Lines,

v.

STATE of Louisiana, through the DEPART-
MENT OF HIGHWAYS.

No. 46877.

Oct. 9, 1963.

156 So.2d 601

BOLOGNA BROTHERS et al.

v.

Mike T. MORRISSEY, deceased, and Eliza-
beth M. Morrissey et al.

No. 46878.

Oct. 9, 1963.

In re: Elizabeth M. Morrissey et al. ap-
plying for certiorari or writ of review to
the Court of Appeal, Second Circuit, Par-
ish of Madison. 154 So.2d 455.

Writ refused. On the facts found by the
Court of Appeal, the result is correct.

156 So.2d 601

Lynn KILPATRICK

v.

STATE of Louisiana, through the DEPART-
MENT OF HIGHWAYS.

No. 46876.

Oct. 9, 1963.

In re: The Department of Highways of
the State of Louisiana applying for certio-
rari, or writ of review to the Court of Ap-
peal, Second Circuit, Parish of Bienville.
154 So.2d 439.

Writ refused. On the facts found by the
Court of Appeal its judgment is correct.